**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CASE NO. 8:22-cv-02459-VMC-AAS

EVELYN B. GADOR,

   Plaintiff,

TRANSUNION, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,

   Defendants.

_____/

**PLAINTIFF'S CERTIFICATE OF COMPLIANCE**

The undersigned, an attorney representing Plaintiff, hereby certify that I caused a true and correct copy of Plaintiff's Reponses to the Court's Requests for Production to be served via electronic mail on January 24, 2023, to counsel for Defendant, EXPERIAN INFORMATION SOLUTIONS, INC.

Dated: January 24, 2023              Respectfully Submitted,

 

**EVELYN B. GADOR**
*/s/ Alexander J. Taylor*
Alexander J. Taylor
Florida Bar No. 1013947
*Counsel for Plaintiff*
Sulaiman Law Group, LTD.
2500 S. Highland Ave., Ste. 200
Lombard, Illinois 60148
Phone: (630) 575-8181
ataylor@sulaimanlaw.com

1

## **CERTIFICATE OF SERVICE**

      I hereby certify on January 24, 2023, I electronically filed with the Clerk of the U.S. District Court, Middle District of Florida, the foregoing document using CM/ECF system, which will send notification of such filing(s) to all counsel of records.

                                                 */s/ Alexander J. Taylor*